AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Hector Ochoa-Agalvez, a/k/a<br>"David Santos Velasquez-Lopez,"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  13-8365-WM<br>)<br>)<br>) |

FILED by ___ D.C.
AUG 1 2 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 1, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See attached affidavit of ICE Deportation Officer Andy Korzen

☑ Continued on the attached sheet.

_____
Complainant's signature

ICE Deportation Officer Andy Korzen
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/12/2013__

_____
Judge's signature

City and state:  __West Palm Beach, Florida__   __WILLIAM MATTHEWMAN, U.S. Magistrate Judge__
Printed name and title

<u>**UNITED STATES v. HECTOR OCHOA-AGALVEZ**</u>
<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1.  I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Hector OCHOA-AGALVEZ, also known as "David Santos Velasquez-Lopez," committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

3.  On or about August 1, 2013, an individual identifying himself as "David Santos Velasquez-Lopez" was arrested in Palm Beach County, Florida on charges of driving under the influence, driving without a valid license, and failure to appear for arraignment on misdemeanor offenses of trespassing, driving under the influence, operating while driver's license suspended/cancelled/revoked, and unregistered motor vehicle. He was booked and detained at the Palm Beach County Jail. Upon booking, the individual's fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is, Hector OCHOA-AGALVEZ.

1

4. On or about August 5, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from the individual identifying himself as "David Santos Velasquez-Lopez." Post-*Miranda,* the individual admitted that his true and correct name is Hector OCHOA-AGALVEZ; he also admitted to being native of Mexico. OCHOA-AGALVEZ further admitted to last entering into the United States in 2012, after being removed from the United States on February 14, 2011. OCHOA-AGALVEZ also admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about August 8, 2013, your affiant received the immigration alien file assigned to Hector OCHOA-AGALVEZ. Records within alien file assigned to OCHOA-AGALVEZ show that he is a native and citizen of Mexico. Records further show that on or about August 26, 1999, Hector OCHOA-AGALVEZ was ordered removed from the United States. The Order of Removal was executed on or about August 26, 1999, whereby OCHOA-AGALVEZ was removed from the United States to Mexico. Thereafter, OCHOA-AGALVEZ re-entered into the United States illegally and was removed for the second time on February 14, 2011.

6. Records further show that, on or about June 14, 1999, in the United States District Court for the District of Arizona, OCHOA-AGALVEZ was convicted of transporting illegal aliens in case number 99-00203-02-PHX-RCB.

7. Border Patrol Fingerprint Expert Richard Abbott conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about August 1, 2013, that is, Hector OCHOA-AGALVEZ, a/k/a "David Santos Velasquez-Lopez," was the same person previously removed from the United States on or about August 26, 1999 and February 14, 2011.

8. On or about August 2, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A029 225 138 for the alien identified as Hector OCHOA-AGALVEZ, a/k/a "David Santos Velasquez-Lopez," verifying that, after a diligent search, no record was found to exist indicating that Hector OCHOA-AGALVEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about August 1, 2013, Hector OCHOA-AGALVEZ, also known as "David Santos Velasquez-Lopez," an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

FURTHER AFFIANT SAYETH NOT.

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this __12th__ day of August, 2013.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8365-WM

UNITED STATES OF AMERICA

vs.

HECTOR OCHOA-AGALVEZ,
a/k/a "David Santos Velasquez-Lopez,"

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Ann.Marie.C.Villafaña@usdoj.gov